Ruth E. Marsh, Administratrix, Estate of John W. Marsh, Deceased, and Blanche Gehrke, Administratrix, Estate of William Gehrke, Deceased, Appellants, v. Hazel O'Flaherty and Paul Rittis, Appellees.

Gen. No. 42,471.

opinion filed May 10, 1943. Alfred Roy Hulbert, for appellants; Lester E. Williams and Fishman & Fishman, for certain appellee. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."

Karl E. Seyfarth, Appellee, v. George E. Leonard, Appellant.

Gen. No. 42,576.

opinion filed May 10, 1943. Deneen & Massena and Leonard & Leonard, for appellant; Marshall A. Pipin, Gordon McLeish Leonard and John H. Martin, of counsel; Taylor, Miller, Busch & Boyden, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."